BESSIE MULWITZ, Respondent, v. CHARLES H. SHANLEY and HELEN E. SHANLEY, Appellants. STONEWALL J. CREWS, Individually and as Administrator, etc., of PETER R. CREWS, Deceased, and LULU C. CREWS, Respondents, and Others, Defendants.— Order granting motion to dismiss counterclaim of defendants

Shanley affirmed, with ten dollars costs and disbursements jointly to respondents appearing and filing brief. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ., concur.